■ BEVERLY COHN et al., Respondents, v HESKEL M. HADDAD, Appellant. [633 NYS2d 1016] —Appeal by the defendant from an order of the Supreme Court, Kings County (Spodek, J.), dated July 5, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Spodek at the Supreme Court. Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.